1  Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
2  Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
   Mount, Spelman & Fingerman, P.C.
3  RiverPark Tower, Suite 1650
   333 West San Carlos Street
4  San Jose CA  95110-2740
   Phone: (408) 279-7000
5  Fax:    (408) 998-1473
   Email: kspelman@mount.com, dfingerman@mount.com
6
7  Counsel for Plaintiff San Francisco Technology Inc.

8
   DURIE TANGRI LLP
9  DARALYN J. DURIE (Bar No. 169825)
   RYAN M. KENT (Bar No. 154913)
10 217 Leidesdorff Street
   San Francisco, CA  94111
11 Phone: (415) 362-6666
   Fax:    (415) 236-6300
12 E-mail:ddurie@durietangri.com
   rkent@durietangri.com
13 SCHEEF & STONE, LLP
   JOHN G. FISCHER (*Pro Hac Vice*)
14 ERIC C. WOOD (*Pro Hac Vice*)
   500 N. Akard, Suite 2700
15 Dallas, Texas 75201
   Phone: (214) 706-4200
16 Fax: (214) 706-4242
   E-mail: john.fischer@solidcounsel.com
17 E-mail: eric.wood@solidcounsel.com

18 Attorneys for Defendant
   PAVESTONE COMPANY, LLC

19                 UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
20                       SAN JOSE DIVISION

21 | | |
   |---|---|
22 | SAN FRANCISCO TECHNOLOGY INC., | |
   | Plaintiff, | CASE NO. 5:10-CV-01651-RS |
23 | v. | **STIPULATION REGARDING MOTION BRIEFING AND HEARING SCHEDULE AND [PROPOSED] ORDER** |
24 | PAVESTONE COMPANY, LLC, | |
25 | Defendants. | JURY DEMANDED |
26
27
28

1    Plaintiff San Francisco Technology Inc. ("SF Tech") and Defendant Pavestone Company LLC ("Pavestone") (collectively the "Parties") jointly submit this Stipulation and [Proposed] Order for motion briefing and a hearing schedule. The Statement filed by Pavestone previously on February 10, 2011 (Docket No. 26) is withdrawn. The Parties stipulate as follows:

1.   On February 3, 2011, the Court held a case management conference (CMC) in this case, jointly with other cases in which defendants were severed from *San Francisco Technology Inc. v. Adobe Systems Inc.*, Case No. 5:09-cv-06083-RS (the former defendants in this case are hereinafter referred to as the "Defendants").

2.   The Defendants have indicated that they intend to file motions to dismiss. At the CMC, the Court directed the Defendants to meet and confer with SF Tech on a schedule for briefing and hearing the motions to dismiss. The Defendants and SF Tech exchanged emails and held a telephone conference call on the morning of February 7, 2011. During that conference call, the Defendants and SF Tech agreed to the following schedule:

| **Date** | **Event** |
| --- | --- |
| February 10, 2011 | SF Tech will file its amended complaint against defendant Procter & Gamble in Case No. 5:10-cv-01652-RS |
| March 14, 2011 | Deadline for Defendants to file motions to dismiss |
| May 5, 2011 | Deadline for SF Tech to file oppositions to motions to dismiss |
| May 12, 2011 | Deadline for Defendants to file replies |
| May 26, 2011, 1:30 p.m. | Hearing on motions to dismiss |

3.   The Parties jointly request that the Court adopt this schedule for the Defendants' motions to dismiss.

4.   Based on the Court's statements during the CMC, it is Defendants' position that the Court has stayed all discovery in this case, including initial disclosures, while the motions to dismiss are pending. SF Tech's counsel does not recall the Court making that order during the CMC and suggested deferring the issue of a discovery stay until later.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: February 10, 2011. | Mount, Spelman & Fingerman, P.C., |
| | |
| | *\s\ Daniel H. Fingerman*_____ |
| | Counsel for Plaintiff |
| | San Francisco Technology, Inc. |
| | |
| Dated: February 10, 2011. | Scheef & Stone, L.L.P. |
| | |
| | *\s\ Eric C. Wood*_____ |
| | Eric C. Wood |
| | Attorney for Defendant |
| | Pavestone Company, LLC |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:__2/10/11_____       _____
                                  The Honorable Richard Seeborg
                                  U.S. District Judge