*E-Filed 7/13/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| San Francisco Technology, Inc., | No. C 10-01651 RS |
| Plaintiffs,<br>v. | **STANDBY ORDER TO SHOW CAUSE** |
| Pavestone Company LP, | |
| Defendants. | |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **September 15, 2011**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **September 22, 2011, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 7/13/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE